

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.**,
Appellant

v.

**HOUSECANARY, INC.**, formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

The Court Reporters notification of late record is hereby GRANTED. Time is extended to April 10, 2019.

It is so ORDERED on March 12, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court